IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LEIGH ANN ROBERTSON                                            PLAINTIFF

V.                                CAUSE NO. 1:14-CV-218-SA-SAA

FAMILY & URGENT CARE CLINIC, P.A.                              DEFENDANT

AGREED ORDER

THIS CAUSE came on for hearing on the *ore tenus* motion of the plaintiff, Leigh Ann Robertson, to voluntarily dismiss with prejudice any and all claims and contentions of liability herein against the defendant, Family & Urgent Care Clinic, P.A., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Court, having considered the motion, is of the opinion that the same is well-taken and should be and is hereby granted. All claims and contentions of liability herein against Family & Urgent Care Clinic, P.A. are hereby dismissed with prejudice with each party to bear its respective costs.

**SO ORDERED, this, the 17th day of May, 2016.**

                                                             /s/ Sharion Aycock
                                                             **UNITED STATES DISTRICT JUDGE**